IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SEP - 4 2009

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:09mj 433 |
|---|---|---|
| v. | ) | |
| MARLON K. CHRISTIE, | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, MARLON K. CHRISTIE, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

On or about August 23, 2009, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court, and being a place within the special territorial jurisdiction of the United States, defendant, MARLON K. CHRISTIE, was found operating a motor vehicle under the influence of alcohol, while having a blood alcohol concentration of at least 0.08, but not more than 0.15, per 210 liters of breath, to wit: 0.12.

1

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Sections 18.2-266(i) and 18.2-270.)

## COUNT TWO

On or about August 23, 2009, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court, and being a place within the special territorial jurisdiction of the United States, defendant, MARLON K. CHRISTIE, did exceed the posted speed limit, to wit: 72 MPH in a posted 45 MPH zone

(In violation of 32 C.F.R. Section 634.25(f), assimilating the 1950 Code of Virginia, as amended, Section 46.2-878.))

DANA J. BOENTE
UNITED STATES ATTORNEY

By: *Sara E. Chase*
Sara E. Chase
Assistant United States Attorney

2